## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSICA NGUYEN**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:20-cv-00718 (APM) |
| | ) |
| **U.S. DEPARTMENT OF** | ) |
| **HOMELAND SECURITY**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### THE GOVERNMENT'S MOTION TO DISMISS

In their Amended Complaint, Plaintiffs challenge the Presidential Proclamation 10014, Suspension of Entry of Immigrants Who Present a Risk to the United States Labor Market During the Economic Recovery Following the 2019 Novel Coronavirus Outbreak, 85 Fed. Reg. 23,441-44 (Apr. 22, 2020) (the "Proclamation"). In this Proclamation, the President exercised his broad statutory authority to temporarily suspend or limit for a 60-day period the admission of certain aliens as immigrants to the United States, while the Nation addresses the harms to the labor market and the country that have been caused by the devastating COVID-19 pandemic.

As more fully set forth in the attached Memorandum of Law, none of the Plaintiffs have standing to assert a challenge to the Proclamation and, thus, this action should be dismissed under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction. In the alternative, this Court should find that none of the six counts contained in the First Amended Complaint Class Action for Declaratory & Injunctive Relief state a cause of action and, thus, this lawsuit should be dismissed under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Date:   June 8, 2020                                                  Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

By: *s/ Aaron S. Goldsmith*
AARON S. GOLDSMITH
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4107
Fax: (202) 305-7000
Email: aaron.goldsmith@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 8, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

                                            By: *s/ Aaron S. Goldsmith*
                                               AARON S. GOLDSMITH
                                               Senior Litigation Counsel
                                               United States Department of Justice