UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSICA NGUYEN,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **U.S. DEPARTMENT OF** ) <br> **HOMELAND SECURITY,** *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No. 1:20-cv-00718 (APM)** |

**[Proposed] ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS**

UPON CONSIDERATION of the Government's Motion to Dismiss, Plaintiffs' Memorandum in Opposition, and other good cause shown,

IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that the Government's Motion to Dismiss is GRANTED and this case is DISMISSED.

IT IS SO ORDERED.

Dated: _____	_____
	Hon. Amit P. Mehta
	U.S. District Court

1